IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY LYNN TAYLOR,

    Petitioner,                      No. CIV S-07-336 LKK CHS P

    vs.

JAMES A. YATES, et al.,

    Respondents.      ORDER

                            /

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas corpus proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In this case, It does not appear that the interests of justice would be served by the appointment of counsel at this time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's request filed on October 13, 2009 for appointment of counsel is denied.

DATED: October 16, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1