IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY LYNN TAYLOR,

    Petitioner,  No. CIV S-07-336 LKK CHS P

    vs.

JAMES A. YATES, et al.,

    Respondents.  ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  Respondent has not yet been served.  On October 13, 2009, petitioner filed a motion entitled "Motion to Expand the Record" in which he requests that the court take note of supplemental evidence regarding his claims.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's Motion to Expand the Record is GRANTED to the extent that it is construed as a supplement to the original petition filed on February 20, 2007.

DATED: October 16, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1