IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY LYNN TAYLOR,

    Petitioner,                          No. CIV S-07-336 LKK CHS P

    vs.

JAMES A. YATES, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a pro se incarcerated person, requests an extension of time to file objections to the Magistrate Judge's Findings and Recommendations filed on February 22, 2010. Petitioner indicates that his facility is currently on lockdown and that the law library will be closed for a minimum of two weeks. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 4, 2010 motion for an extension of time is granted; and

        2. Petitioner is granted an additional thirty days in which to file his Objections to the Magistrate Judge's Findings and Recommendations.

DATED: March 10, 2010

                                             CHARLENE H. SORRENTINO
                                             UNITED STATES MAGISTRATE JUDGE